UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 SEP -9 PM 12: 52
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
v.                                 )
                                   )
1. GEORGE LEWIS ESCAMILLA, Sr.     )
2. OMERO ESCAMILLA                 )
3. MICHAEL ANGELO ESCAMILLA        )
4. GEORGE LEWIS ESCAMILLA, Jr.,    )
      aka "Chochie"                )
5. ARTURO ESCAMILLA,               )
      aka "Tuto"                   )
6. IRENE ESCAMILLA                 )
7. JOHN SIMMONS                    )
8. JOHN CLINTON CARTER             )
      aka "Clint"                  )
9. MARIO DURAN MARTINEZ            )
      aka "Nemo"                   )
10. EDDY KAHOOKELE                 )
11. MARGO HOWLETT                  )
12. SHAWN COPE                     )
      aka "Cash"                   )
13. LEIGH ANNA HENSLEY McGRATH     )
14. NINA KOVARS ERLICH             )
15. CHERYL RING                    )
16. MISTIE FARMER                  )
17. MARIO ALBERTO HERNANDEZ        )
18. RHONDA TURNER                  )
19. ROBIN MARTIN ARNOLD            )
20. JOHN HENRY COLEMAN, IV         )
21. KENDRA BLYTHE                  )
22. DEBRA PEALS                    )
23. MARSHALL J. KELLY              )
24. AVELARDO FLORES                )
25. CESAR ESQUIVEL                 )
26. EDUARDO FLORES                 )
27. ERIC NOE TORRES                )
28. AMBROSIO CANO                  )
29. LILIANA MORENO                 )
30. GERARDO GALVAN                 )

CRIMINAL NO.

AO8 CR 337 LY
INDICTMENT
3:08 - MJ - 368

[21 USC 846 &841 - Conspiracy
& PWID + 500 g methamphetamine,
+5 kg of cocaine and +100 kg of
marijuana; 21 USC 841 -
distribution of methamphetamine,
cocaine and marijuana]

USAO # 2008R00836

THE GRAND JURY CHARGES:

**COUNT ONE**
[21 U.S.C. § 846]

Beginning in or about September 2006 and continuing until on or about the date of this Indictment in Travis and Williamson Counties, Texas in the Western District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
   aka "Chochie"
5. ARTURO ESCAMILLA,
   aka "Tuto"
6. IRENE ESCAMILLA
7. JOHN SIMMONS
8. JOHN CLINTON CARTER
9. MARIO DURAN MARTINEZ
   aka "Nemo"
10. EDDY KAHOOKELE
11. MARGO HOWLETT
12. SHAWN COPE
    aka "Cash"
13. LEIGH ANNA HENSLEY McGRATH
14. NINA KOVARS EHRLICH
15. CHERYL RING
16. MISTIE FARMER
17. MARIO ALBERTO HERNANDEZ
18. RHONDA TURNER
19. ROBIN MARTIN ARNOLD
20. JOHN HENRY COLEMAN, IV
21. KENDRA BLYTHE
22. DEBRA PEALS
23. MARSHALL J. KELLY
24. AVELARDO FLORES
25. CESAR ESQUIVEL
26. EDUARDO FLORES
27. ERIC NOE TORRES
28. AMBROSIO CANO
29. LILIANA MORENO
    and
30. GERARDO GALVAN

knowingly, intentionally and unlawfully combined, conspired, confederated, and agreed together and with others known and unknown to possess with the intent to distribute a controlled substance, which offense involved more than 500 grams of a mixture or substance containing

a detectable amount of methamphetamine, a Schedule II Controlled Substance, more than 5 kilograms of a mixture or substance that contained a detectable amount of cocaine, a Schedule II Controlled Substance and more than 100 kilograms of a mixture or substance that contained a detectable amount of marijuana, a Schedule I Controlled Substance, all contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A-C), and in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### [21 U.S.C. § 841(a)(1)]

On or about November 16, 2007 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
and
9. MARIO DURAN MARTINEZ

aided and abetted by one another, did knowingly, intentionally and unlawfully distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

### COUNT THREE
[21 U.S.C. § 841(a)(1)]

On or about January 22, 2008 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
and
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"

aided and abetted by one another, did knowingly, intentionally and unlawfully distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>
[21 U.S.C. § 841(a)(1)]

On or about February 1, 2008 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
and
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"

aided and abetted by one another, did knowingly, intentionally and unlawfully distribute a controlled substance, which offense involved more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT FIVE
[21 U.S.C. § 841(a)(1)]

On or about March 10, 2008 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
11. MARGO HOWLETT
17. MARIO ALBERTO HERNANDEZ
and
19. ROBIN MARTIN ARNOLD

aided and abetted by one another, did knowingly, intentionally and unlawfully possessed with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SIX
[21 U.S.C. § 841(a)(1)]

On or about March 11, 2008 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
and
17. MARIO ALBERTO HERNANDEZ,

aided and abetted by one another, did knowingly, intentionally and unlawfully distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SEVEN
[21 U.S.C. § 841(a)(1)]

On or about March 14, 2008 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
6. IRENE ESCAMILLA
7. JOHN SIMMONS
12. SHAWN COPE
aka "Cash"
and
14. NINA KOVARS EHRLICH

aided and abetted by one another, did knowingly, intentionally and unlawfully attempt to possess with intent to distribute a controlled substance, which offense involved more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

<u>COUNT EIGHT</u>
[21 U.S.C. § 841(a)(1)]

On or about March 25, 2008 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
and
9. MARIO DURAN MARTINEZ

aided and abetted by one another, did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, specifically more than 50 grams of a mixture or substance which contained a detectable amount of methamphetamine, a Schedule II Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

<u>COUNT NINE</u>
[21 U.S.C. § 841(a)(1)]

On or about March 25, 2008 at Austin, Texas in the Western District of Texas and elsewhere, the Defendant,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
and
9. MARIO DURAN MARTINEZ

aided and abetted by one another, did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, specifically a mixture or substance which contained a detectable amount of marijuana, a Schedule I Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Section 2.

<u>COUNT TEN</u>
[21 U.S.C. § 841(a)(1)]

On or about April 8, 2008 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
7. JOHN SIMMONS
and
8. JOHN CLINTON CARTER
aka "Clint"

aided and abetted by one another, did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, which offense involved more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT ELEVEN
[21 U.S.C. § 841(a)(1)]

On or about April 12, 2008 at Austin, Texas in the Western District of Texas and elsewhere, the Defendant,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
6. IRENE ESCAMILLA
10. EDDY KAHOOKELE
14. NINA KOVARS EHRLICH
15. CHERYL RING
and
20. JOHN HENRY COLEMAN, IV

aided and abetted by one another, did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, which offense involved more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT TWELVE
[21 U.S.C. § 841(a)(1)]

On or about April 14, 2008 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
and
14. NINA KOVARS EHRLICH

aided and abetted by one another, knowingly, intentionally and unlawfully distributed a controlled substance, which offense involved more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

<u>COUNT THIRTEEN</u>
[21 U.S.C. § 841(a)(1)]

On or about April 15, 2008 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"

11. MARGO HOWLETT
14. NINA KOVARS EHRLICH
18. RHONDA TURNER
and
20. JOHN HENRY COLEMAN, IV

aided and abetted by one another, did knowingly, intentionally and unlawfully distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOURTEEN
### [21 U.S.C. § 841(a)(1)]

On or about April 17, 2008 at Austin, Texas in the Western

District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
14. NINA KOVARS EHRLICH
16. MISTIE FARMER
17. MARIO ALBERTO HERNANDEZ
and
21. KENDRA BLYTHE

aided and abetted by one another, did knowingly, intentionally and

unlawfully distribute a controlled substance, which offense involved a

mixture or substance containing a detectable amount of

methamphetamine, a Schedule II Controlled Substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and

Title 18, United States Code, Section 2.

## COUNT FIFTEEN
[21 U.S.C. § 841(a)(1)]

On or about April 23, 2008 at Austin, Texas in the Western
District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
11. MARGO HOWLETT
13. LEIGH ANNA HENSLEY McGRATH
14. NINA KOVARS EHRLICH
and
18. RHONDA TURNER

aided and abetted by one another, did knowingly, intentionally and
unlawfully possess with intent to distribute a controlled substance,
which offense involved a mixture or substance containing a detectable
amount of methamphetamine, a Schedule II Controlled Substance, in
violation of Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SIXTEEN
### [21 U.S.C. § 841(a)(1)]

On or about April 26, 2008 at Austin, Texas in the Western District of Texas and elsewhere , the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
7.  JOHN SIMMONS
8. JOHN CLINTON CARTER
aka "Clint"
14. NINA KOVARS EHRLICH
16. MISTIE FARMER
and
17. MARIO ALBERTO HERNANDEZ

aided and abetted by one another, did knowingly, intentionally and unlawfully distribute a controlled substance, which offense involved more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

<u>COUNT SEVENTEEN</u>
[21 U.S.C. § 841(a)(1)]

On or about May 13, 2008 at Austin, Texas in the Western
District of Texas, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
22. DEBRA PEALS
23. MARSHALL J. KELLY
25. CESAR ESQUIVEL
27. ERIC NOE TORRES
and
29. LILIANA MORENO

aided and abetted by one another, knowingly, intentionally and
unlawfully attempted to, and possessed with intent to distribute a
controlled substance, which offense involved more than 5 kilograms of
a mixture or substance containing a detectable amount of cocaine, a
Schedule II Controlled Substance, in violation of Title 21, United
States Code, Sections 846, 841(a)(1) and 841(b)(1)(A), and Title 18,
United States Code, Section 2.

## COUNT EIGHTEEN
[21 U.S.C. § 841(a)(1)]

On or about May 28, 2008 at Austin, Texas in the Western District of Texas, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
10. EDDY KAHOOKELE
and
15. CHERYL RING

aided and abetted by one another, knowingly, intentionally and unlawfully possessed with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

<u>COUNT NINETEEN</u>
[21 U.S.C. § 841(a)(1)]

On or about June 23, 2008 at Austin, Texas in the Western District of Texas, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
25. CESAR ESQUIVEL
28. AMBROSIO CANO
and
30. GERARDO GALVAN

aided and abetted by one another, did knowingly, intentionally and unlawfully possessed with intent to distribute a controlled substance, which offense involved more than 100 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

<u>COUNT TWENTY</u>
[21 U.S.C. § 841(a)(1)]

On or about June 24, 2008 at Austin, Texas in the Western

District of Texas and elsewhere, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
22. DEBRA PEALS
23. MARSHALL J. KELLY
24. AVELARDO FLORES
and
26. EDUARDO FLORES

aided and abetted by one another, did knowingly, intentionally and

unlawfully possessed with intent to distribute a controlled substance,

which offense involved more than 5 kilograms of a mixture or substance

containing a detectable amount of cocaine, a Schedule II Controlled

Substance, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section

2.

<u>COUNT TWENTY-ONE</u>
[21 U.S.C. § 841(a)(1)]

On or about July 3, 2008 at Austin, Texas in the Western
District of Texas, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
and
11. MARGO HOWLETT

aided and abetted by one another, did knowingly, intentionally and
unlawfully possess with intent to distribute a controlled substance,
which offense involved a mixture or substance containing a detectable
amount of methamphetamine, a Schedule II Controlled Substance, in
violation of Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C), and Title 18, United States Code, Section 2.

<u>COUNT TWENTY-TWO</u>
[21 U.S.C. § 841(a)(1)]

On or about August 9, 2008 at Austin, Texas in the Western District of Texas, the Defendants,

1. GEORGE LEWIS ESCAMILLA, Sr.
2. OMERO ESCAMILLA
3. MICHAEL ANGELO ESCAMILLA
4. GEORGE LEWIS ESCAMILLA, Jr.,
aka "Chochie"
and
13. LEIGH ANNA HENSLEY McGRATH

aided and abetted by one another, did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
### (21 U.S.C. §§ 846 &841 (a)(1), and 21 U.S.C. § 853)

I.   Upon the conviction on one or more of the offense(s) set forth in Count 1, Defendants GEORGE LEWIS ESCAMILLA, Sr., OMERO ESCAMILLA, MICHAEL ANGELO ESCAMILLA, GEORGE LEWIS ESCAMILLA, Jr., aka "Chochie," ARTURO ESCAMILLA, aka "Tuto," IRENE ESCAMILLA, JOHN SIMMONS, JOHN CLINTON CARTER, MARIO DURAN MARTINEZ aka "Nemo, EDDY KAHOOKELE, MARGO HOWLETT, SHAWN DURAN COPE, aka "Cash," LEIGH ANNA HENSLEY McGRATH, NINA KOVARS ERLICH, CHERYL RING, MISTIE FARMER, MARIO ALBERTO HERNANDEZ, RHONDA TURNER, ROBIN MARTIN ARNOLD, JOHN HENRY COLEMAN, IV, KENDRA BLYTHE, DEBRA PEALS, MARSHALL J. KELLY, AVELARDO FLORES, CESAR ESQUIVEL, EDUARDO FLORES, ERIC NOE TORRES, AMBROSIO CANO, LILIANA MORENO, GERARDO GALVAN, shall forfeit jointly and severally to the United States any property constituting, or derived from any proceeds that said defendants obtained directly or indirectly as a result of the said violation; any and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation of this indictment including but not limited to the following:

MONEY JUDGMENT

A sum of money equal to $10,000,000.00 in United States currency, representing the amount of money involved in the offense(s) for which the defendants are jointly and severally liable.

II.   Upon the conviction on the offense set forth in Count

One, Defendants   shall also forfeit to the United States any property constituting, or derived from any proceeds that said defendants obtained directly or indirectly as a result of the said violation; any and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation of this indictment.

III.      SUBSTITUTE ASSETS

If any property listed in II is subject to forfeiture as a result of the offense set forth in Count One:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third person;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be subdivided without difficulty;

as a result of any act or omission of the Defendants named in this notice,  it is the intent of the United States of America, to seek forfeiture of any other property of said Defendant, up to the value of the property listed in Paragraphs II above as being subject to forfeiture.

A TRUE BILL:   SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002

_____        _____
FOREMAN .


JOHNNY SUTTON
UNITED STATES, ATTORNEY

By: _____
    MARK H. MARSHALL
    Assistant U.S. Attorney