IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Magistrate Docket No.: 3:08-MJ-368 (1) |
| | § | Docket No. Where |
| vs. | § | Charge Pending: A-08-CR-337-LY (7) |
| | § | |
| JOHN SIMMONS | § | Western District of Texas, Austin Division |

**REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1**
**AND ORDER ENTERED THEREON**

The defendant is charged by Indictment in the above-referenced district with the offense(s) of **Conspiracy to distribute a controlled substance, in violation of 21 USC 846, 841(a)(1) and 841(b)(1)(A); 18 USC 2.** Having been arrested in this district on a warrant issued on that charge/those charge(s), he/she appeared before me for proceedings as follows:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 26 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**Rule 5(c)(3)   Transfer**

☐ The government has produced a copy of the warrant.

☒ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

   ☒ The defendant waived identity hearing.

   ☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:   Preliminary Hearing**

☒ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

   ☐ There is probable cause to believe that the defendant committed the offense(s) charged.

   ☐ There is **NOT** probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)  Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

☑ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☐ The defendant should be detained.

    ☐ The defendant should be released on bond.

## ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

☑ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

    ☐ Subject to being released on bond.

☐ It is ORDERED that this defendant be discharged from custody.

DATE: Sept 26, 2008

_____
United States Magistrate Judge

(Use Other Side for Return)